IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Jimmy Dean Jones, #240330, ) | C/A No.: 1:15-2436-TLW-SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Brian Sterling, Director; Leverne Cohen, ) | ORDER |
| Warden; Gary Eichelberger, Major; ) | |
| Captain Renee Evans; Officer Raven ) | |
| Jamison; Lt. Michael Lang, and Sgt. O. ) | |
| Williams, ) | |
| ) | |
| Defendants. ) | |

Plaintiff, proceeding pro se and in forma pauperis, brought this action alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983. Defendants filed a motion to dismiss on September 14, 2015. [ECF No. 13]. As Plaintiff is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), on September 15, 2015, advising him of the importance of the motion to dismiss and of the need for him to file an adequate response. [ECF No. 14]. Plaintiff was specifically advised that if he failed to respond adequately, Defendants' motion may be granted.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff has failed to respond to the motion. As such, it appears to the court that he does not oppose the motion and wishes to abandon this action. Based on the foregoing, Plaintiff is directed to advise the court whether he wishes to continue with this case and to file a response to Defendants' motion to dismiss by November 12, 2015.

Plaintiff is further advised that if he fails to respond, this action will be recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

*/s/ Shiva V. Hodges*

October 28, 2015  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge