IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Jimmy Dean Jones, #240330,<br><br>PLAINTIFF,<br><br>v.<br><br>Brain Sterling, Director; LeVern Cohen, Warden; Gary Eichelberger, Major; Captain Renee Evans; Officer Raven Jamison; Lt. Michael Lang; Sgt. O. Williams,<br><br>DEFENDANTS. | C/A No. 1:15-cv-2436-TLW-SVH<br><br>**ORDER** |

This matter comes before the Court on Plaintiff's Motion to Dismiss without prejudice filed on November 12, 2015. (ECF No. 18.) Defendants filed a response consenting to dismissal on December 9, 2015. (ECF No. 19.) Plaintiff's motion is **GRANTED**, and this action is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

*s/ Terry L. Wooten*
Terry L. Wooten
Chief United States District Judge

December 10, 2015
Columbia, South Carolina

1