AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Jimmy Dean Jones,<br>*Plaintiff*<br>v.<br>Brian Sterling, Director; Leverne Cohen, Warden; Gary Eichelberger, Major; Captain Renee Evans; Officer Raven Jamison; Lt. Michael Lang; Sgt. O. Williams, et al,<br>*Defendants* | ) ) ) ) ) ) | Civil Action No.     1:15-cv-02436-TLW-SVH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The plaintiff, Jimmy Dean Jones, shall take nothing of the defendants; Brian Sterling, Director; Leverne Cohen, Warden; Gary Eichelberger, Major; Captain Renee Evans; Officer Raven Jamison; Lt. Michael Lang; Sgt. O. Williams, et al, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, Chief United States District Judge, which granted Plaintiff's motion to dismiss.

Date:   December 11, 2015                                             *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                    s/M. Walker
                                                                                   _____
                                                                                   *Signature of Clerk or Deputy Clerk*